UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELEN B. BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 4:14-cv-2226 |
| v. | ) | |
| | ) | |
| COLONIAL PENN LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### *DEFENDANT'S CORPORATE DISCLOSURE STATEMENT*

Defendant Colonial Penn Life Insurance Company, by counsel, submits the following Corporate Disclosure Statement in accordance with F.R.C.P. Rule 7.1.

Colonial Penn Life Insurance Company, a Pennsylvania insurance company, is a direct, wholly-owned subsidiary of Conseco Life Insurance Company of Texas ("CNCTX"), a Texas insurance company. CNCTX is a direct wholly-owned subsidiary of CDOC, Inc., a Delaware general business corporation. CDOC, Inc. is a direct, wholly-owned subsidiary of CNO Financial Group, Inc., a Delaware general business corporation listed on the New York Stock Exchange under the symbol "CNO."

Dated this 4th day of August, 2014.

Respectfully submitted,

By:   /s/Lance V. Clack
     Andrew G. Jubinsky
     Attorney-in-Charge
     State Bar No. 11043000
     Southern Dist. ID No. 8603
     andy.jubinsky@figdav.com
     Lance V. Clack
     State Bar No. 24040694
     Southern Dist. ID No. 37085
     lance.clack@figdav.com

     FIGARI & DAVENPORT, L.L.P.
     3400 Bank of America Plaza
     901 Main Street
     Dallas, TX  75202
     (214) 939-2000 – telephone
     (214) 939-2090 – facsimile

     Attorneys for Defendant,
     Colonial Penn Life Insurance Company

## *CERTIFICATE OF SERVICE*

I certify that the foregoing *Defendant's Corporate Disclosure Statement* was served by certified mail, return receipt requested, postage prepaid this 4th day of August, 2014, addressed to the following:

Ray T. Khirallah, Jr.
VELA KELLER, P.C.
5307 East Mockingbird Lane
Suite 802
Dallas, TX 75206

Christopher S. Hamilton
Anne Langdon Hamilton
STANDLY AND HAMILTON, LLP
325 North St. Paul Street
Suite 3300
Dallas, TX 75201

/s/ Lance V. Clack
Lance V. Clack