UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELEN B. BANKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. NO. 4:14-cv-2226 |
| v. | ) | |
| | ) | |
| COLONIAL PENN LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*APPEARANCE OF COUNSEL FOR DEFENDANT*

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:  **Defendant Colonial Penn Life Insurance Company**.

Dated this 4th day of August, 2014.

Respectfully submitted,

By:   /s/ Lance V. Clack
Lance V. Clack
State Bar No. 24040694
Southern Dist. ID No. 37085
lance.clack@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, TX  75202
(214) 939-2000 – telephone
(214) 939-2090 – facsimile

Attorney for Defendant,
Colonial Penn Life Insurance Company

## *CERTIFICATE OF SERVICE*

I certify that the foregoing *Appearance of Counsel for Defendant* was served by certified mail, return receipt requested, postage prepaid this 4th day of August, 2014, addressed to the following:

Ray T. Khirallah, Jr.
VELA KELLER, P.C.
5307 East Mockingbird Lane
Suite 802
Dallas, TX 75206

Christopher S. Hamilton
Anne Langdon Hamilton
STANDLY AND HAMILTON, LLP
325 North St. Paul Street
Suite 3300
Dallas, TX 75201

/s/ Lance V. Clack
Lance V. Clack